IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

WILLIS FOSTER,

    Plaintiff,

v.                                        No. 1:25-cv-01140-STA-jay

OFFICER CUPPLES, et al.,

    Defendants.

---

## REPORT AND RECOMMENDATION

---

On August 19, 2025, Defendants "Jackson Police Department," the City of Jackson, Tennessee, Jackson Police Department officers Cupples, Tillet, Hodge, and Amawi, and two unknown K-9 officers, moved for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. (Docket Entry ["D.E."] 17). On September 17, 2025, the undersigned recommended that Defendants' motion for judgment on the pleadings be granted in part and denied in part. (D.E. 23). Since that time, Plaintiff has requested and been given leave to amend his Complaint, and the Magistrate Judge has withdrawn his Report and Recommendation on Defendants' Motion for Judgment on the Pleadings. (D.E. 26, 33). Accordingly, in light of these proceedings allowing Plaintiff to amend his Complaint, the Magistrate Judge recommends that Defendants' Motion for Judgment on the Pleadings be denied as moot.

    Respectfully submitted,

                            **s/Jon A. York**
                            UNITED STATES MAGISTRATE JUDGE

**<u>NOTICE</u>**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDATION DISPOSITION, A PARTY MAY SERVE AND FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. A PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. FED. R. CIV. P. 72(B)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE WAIVER AND/OR FORFEITURE OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**