# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **WILLIS FOSTER,** ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 1:25-cv-1140-STA-jay |
| v. ) | |
| ) | |
| **OFFICER CUPPLES, et al.** ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## FOR DENIAL OF MOTION FOR JUDGMENT ON THE PLEADINGS
## AS MOOT

On January 14, 2026, the Magistrate Judge recommended that Defendants' motion for judgment on the pleadings (ECF No. 17) be denied as moot. (ECF No. 35.) The requisite time has passed, and neither party has filed any objections. Accordingly, the report and recommendation is hereby **ADOPTED**, and the motion for judgment on the pleadings is **DENIED** as moot.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: February 3, 2026