**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WILLIS FOSTER,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No: 1:25-cv-1140-STA-jay** |
| **v.** | ) | |
| | ) | |
| **OFFICER CUPPLES, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**RECOMMENDING GRANTING DEFENDANTS' MOTION TO DISMISS**

On August 24, 2026, the Magistrate Judge recommended that Defendants' motion to dismiss all claims except for the traffic stop claim against Officer Cupples (ECF No. 37) be granted. (ECF No. 40.) The requisite time has passed, and neither party has filed any objections. Accordingly, the report and recommendation is hereby **ADOPTED**, and the motion to dismiss is **GRANTED**. The traffic stop claim against Officer Cupples will proceed. All other claims and all other defendants are hereby **DISMISSED**.

IT IS SO ORDERED.

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: September 14, 2026